**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (Trenton)**

| | |
|---|---|
| IN RE: | Case No:  22-13322 |
| | Loan Number (Last 4):  2432 |
| Debtors: Samir Ibrahim | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MEB Loan Trust VII | JPMorgan Chase Bank, National Association |
|---|---|
| Serviced by Select Portfolio Servicing, Inc. | Chase Records Center, At: Correspondence |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 12 |
| Amount of Claim: | $424,294.18 |
| Date Claim Filed: | 07/05/2022 |
| Last Four Digits of Acct #: | 3681 |

Phone:  1-800-258-8602
Last Four Digits of Acct #:  2432

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:  1-800-258-8602
Last Four Digits of Acct #:  2432

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ John Shelley           Date:  11/21/2022
    InfoEx, LLC, as authorized filing agent
    (Approved by: Kiara Richardson)

Specific Contact Information:

Kiara Richardson - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

498659-41fc2343-a9f7-4b6f-98de-5015a89b3a8b-