Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on January 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Samir Ibrahim, | Case No. 22-13322-MBK |
| | Hearing Date: January 11, 2023 at 10:00 a.m. |
| Debtor. | Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

DATED: January 26, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Samir Ibrahim
Case No.: 22-13322-MBK
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

The undersigned parties resolved JPMorgan Chase Bank, National Association's ("Secured Creditor") Objection to Plan Confirmation, ECF No. 20, and agree to the following treatment of the secured claim filed by Secured Creditor on the Claims Register as Claim No. 12 (the "Secured Claim"), through Samir Ibrahim's ("Debtor") Chapter 13 Plan, ECF No. 12 (the "Plan"), with respect to Secured Creditor's lien on Debtor's real property located at 165 Washington Avenue, Laurence Harbor, NJ 08879, as follows and have consented to the entry of the within Order, and for good cause shown, it is hereby;

**ORDERED AS FOLLOWS:**

1. Secured Creditor's Objection to Plan Confirmation (**ECF No. 20**) is hereby resolved by this Consent Order.
2. Secured Creditor's Secured Claim shall be paid as filed through Debtor's Chapter 13 Plan.
3. In the event the instant Chapter 13 bankruptcy case is dismissed or converted to another chapter under the bankruptcy code prior to Secured Creditor's secured claim being paid in full, the terms of the note and mortgage shall govern.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor
By: _____
Phillip Raymond
Date: 1·18·2023

Robert C. Nisenson, LLC
Attorney for the Debtor
By: _____
Robert C. Nisenson
Date: 1/13/23