| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-13322 / MBK**

Samir Ibrahim

Petition Filed Date: 04/25/2022
341 Hearing Date: 05/26/2022
Confirmation Date: 01/11/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/07/2022 | $182.75 | 26135952660 | 06/07/2022 | $1,000.00 | 26135952671 | 06/22/2022 | $182.75 | 27939260351 |
| 06/22/2022 | $1,000.00 | 27939260340 | 08/16/2022 | $182.75 | 27939278294 | 08/16/2022 | $1,000.00 | 27939278305 |
| 09/20/2022 | $182.75 | 27939282974 | 09/20/2022 | $1,000.00 | 27939282985 | 10/31/2022 | $182.75 | 27939287880 |
| 10/31/2022 | $1,000.00 | 27939287891 | 11/30/2022 | $182.75 | 27939292446 | 11/30/2022 | $1,000.00 | 27939292435 |
| 12/29/2022 | $182.75 | 27939255467 | 12/29/2022 | $1,000.00 | 27939255456 | 01/19/2023 | $1,183.00 | 34088 |
| 02/09/2023 | $1,183.00 | 34100 | 03/08/2023 | $1,182.75 | | | | |

**Total Receipts for the Period: $11,828.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $11,828.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Samir Ibrahim | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,640.00 | $2,640.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $2,017.69 | $0.00 | $2,017.69 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  COMENITY/BOSCOVS | Unsecured Creditors | $1,847.35 | $0.00 | $1,847.35 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $676.09 | $0.00 | $676.09 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,128.61 | $0.00 | $1,128.61 |
| 5 | OLD BRIDGE MUA<br>»»  165 WASHINGTON AVE/WATER & SEWER/ORDER 6/14/22 | Secured Creditors | $6,660.08 | $484.62 | $6,175.46 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $536.17 | $0.00 | $536.17 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE/LORD & TAYLOR | Unsecured Creditors | $1,842.97 | $0.00 | $1,842.97 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY BANK | Unsecured Creditors | $7,120.17 | $0.00 | $7,120.17 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/JET BLUE | Unsecured Creditors | $2,554.58 | $0.00 | $2,554.58 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $889.60 | $0.00 | $889.60 |
| 11 | SYNCHRONY BANK<br>»»  LOWES CONSUMER CC | Unsecured Creditors | $2,788.02 | $0.00 | $2,788.02 |

Chapter 13 Case No. 22-13322 / MBK

| | | | | | |
|---|---|---|---|---|---|
| 12 | MEB LOAN TRUST<br>»»  P/165 WASHINGTON AVE/1ST MTG/CHASE/ORDER 1/26/23 | Mortgage Arrears | $76,953.64 | $5,599.57 | $71,354.07 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,828.00 | Plan Balance: | $98,451.25 ** |
| Paid to Claims: | $8,724.19 | Current Monthly Payment: | $2,000.00 |
| Paid to Trustee: | $908.40 | Arrearages: | $451.25 |
| Funds on Hand: | $2,195.41 | Total Plan Base: | $110,279.25 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.