| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2 (c)**<br><br>In the Matter of<br><br>SAMIR W. IBRAHIM<br><br>      DEBTOR. | **Order Filed on October 11, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No:  22-13322-MBK<br>Chapter:  13<br>Hearing Date: October 11, 2023<br>Judge: Michael B. Kaplan |

# ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 11, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor:  SAMIR W. IBRAHIM
Case No: **22-13322-MBK**

Caption of Order: Order Approving Post-Petition Financing

The following order is hereby entered:

Upon consideration of debtor(s)'s motion for an order approving post-petition financing, it is hereby **ORDERED** that:

1. The debtor(s) application to enter into post-petition financing or obtain a grant is hereby approved and will be utilized solely for the purpose of payment toward the mortgage.

2. Other provisions: that the Debtor is hereby authorized to refinance or obtain a grant on the home located at 165 Washington Avenue, South Amboy, NJ 08879 to be utilized to pay the mortgage on the property. The Debtor shall be permitted to pay attorney fees in the amount of $ 1,000.00 for the motion.

3. The Debtor within 45 days of this Order will amend I&J and plan.

4. If the refinance is not approved by ERMA, Debtor will not amend I&J and plan.