UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of

SAMIR W. IBRAHIM

              DEBTOR.

Order Filed on October 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    22-13322-MBK
Chapter:    13
Hearing Date:  October 11, 2023
Judge: Michael B. Kaplan

# ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor: SAMIR W. IBRAHIM
Case No: **22-13322-MBK**

Caption of Order: Order Approving Post-Petition Financing

The following order is hereby entered:

Upon consideration of debtor(s)'s motion for an order approving post-petition financing, it is hereby **ORDERED** that:

1. The debtor(s) application to enter into post-petition financing or obtain a grant is hereby approved and will be utilized solely for the purpose of payment toward the mortgage.

2. Other provisions: that the Debtor is hereby authorized to refinance or obtain a grant on the home located at 165 Washington Avenue, South Amboy, NJ 08879 to be utilized to pay the mortgage on the property. The Debtor shall be permitted to pay attorney fees in the amount of $ 1,000.00 for the motion.

3. The Debtor within 45 days of this Order will amend I&J and plan.

4. If the refinance is not approved by ERMA, Debtor will not amend I&J and plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-13322-MBK
Samir Ibrahim                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Samir Ibrahim, 165 Washington Avenue, South Amboy, NJ 08879-2444 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor MEB Loan Trust VII bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust VII dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joel R. Glucksman | on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com lmargotta@sh-law.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank National Association phillip.raymond@mccalla.com, |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

mccallaecf@ecf.courtdrive.com

Robert C. Nisenson

on behalf of Debtor Samir Ibrahim r.nisenson@rcn-law.com
doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8